## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## SOUTHERN DIVISION

| | |
|---|---|
| STACY S. BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     No. 8:21-cv-1052 |
| | ) |
| MIDLAND CREDIT MANAGEMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

Plaintiff, STACY S. BAKER, ("Plaintiff"), by and through her attorney, alleges the following against Defendant, MIDLAND CREDIT MANAGEMENT, INC. ("Defendant"):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

2. Count II of Plaintiff's Complaint is based on the Maryland Consumer Protection Act, Md. Code, Com. Law tit. 13 ("MCPA").

3. Count III of Plaintiff's Complaint is based on the Maryland Consumer Debt Collection Act, Md. Code, Com. Law tit. 14 ("MCDCA").

### PARTIES

4. Plaintiff is a natural person residing in Waldorf, Charles County, State of Maryland.

5. Defendant is a Kansas-organized business corporation, debt buyer, and debt collection agency with its principal place of business in the City of San Diego, San Diego County, State of California.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. § 1692a(3).

1

7. Plaintiff allegedly owes one or more debt as that term is defined by 15 U.S.C. § 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. § 1692a(6).

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Defendant is attempting to collect consumer debts from Plaintiff, allegedly owed by Plaintiff arising from an unpaid Synchrony Bank Amazon account and an unpaid Comenity Bank New York & Company account.

11. The alleged debts at issue arise from transactions for personal, family, and household purposes.

12. Within the past one year, Defendant attempted to collect consumer debts from Plaintiff.

13. In or around June 2020, Defendant started sending Plaintiff letters in an attempt to collect the alleged debts ("Collection Letters").  (Attached hereto as Exhibit A).

14. Plaintiff received the Collection Letters from Defendant in June 2020, August 2020, September 2020, October 2020, and January 2021.

15. The Collection Letters contain overt and veiled threats of legal action.

16. The Collection Letters Defendant sent several ultimatum dates for Plaintiff to pay or contact Defendant.

17. Defendant also calls Plaintiff at 240-682-0307 in an attempt to collect the alleged debts.

18. Defendant calls Plaintiff from 320-207-5246, 877-434-3807, 248-319-6076, and 844-725-5467, which are just some of Defendant's many telephone numbers.

19. Plaintiff has neither paid the alleged debts nor contacted Defendant.

20. The Collection Letters contain empty threats.

21. To date, Defendant has not taken the actions threatened in the Collection Letters.

22. Defendant has never intended to take the actions threatened in the Collection Letters.

23. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debts.

24. The natural consequences of Defendant's statements and actions was to unjustly condemn and vilify Plaintiff for her non-payment of the alleged debts.

25. The natural consequences of Defendant's statements and actions was to produce an unpleasant and/or hostile situation between Defendant and Plaintiff.

26. Defendant's above-referenced conduct affected Plaintiff in a personal and individualized way by causing Plaintiff to experience fear, anger, stress, worry, frustration, embarrassment, and mental distress.

**COUNT I:**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

27. Defendant violated the FDCPA based on the following:

   a. Defendant violated § 1692d of the FDCPA by engaging in conduct that the natural consequence of which was to harass, oppress, and abuse in connection with the collection of an alleged debt when Defendant attempted to coerce payment from Plaintiff with the use of empty threats of legal action;

   b. Defendant violated § 1692e of the FDCPA by its use of any false, deceptive, or misleading representation or means in connection with the collection of any debt when Defendant engaged in, at least, the following discrete violations of § 1692e;

   c. Defendant violated § 1692e(2)(A) of the FDCPA by its false representation of the character, amount, or legal status of any debt when Defendant attempted to coerce payment from Plaintiff with the use of empty threats of legal action;

d.  Defendant violated § 1692e(5) of the FDCPA by its threat to take any action that cannot legally be taken or that is not intended to be taken when Defendant attempted to coerce payment from Plaintiff with the use of empty threats of legal action;

e.  Defendant violated § 1692e(10) of the FDCPA by using any false representation or deceptive means to collect or attempt to collect any debt when Defendant engaged in, at least, all of the other discrete violations of § 1692e alleged herein; and

f.  Defendant violated § 1692f of the FDCPA by its use of unfair or unconscionable means to collect or attempt to collect any debt when Defendant engaged in all of the misconduct alleged herein.

WHEREFORE, Plaintiff, STACY S. BAKER, respectfully requests judgment be entered against Defendant, MIDLAND CREDIT MANAGEMENT, INC., for the following:

a.  Actual damages pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k to be determined at trial;

b.  Statutory damages of $1,000.00 per alleged debt attempted to be collected pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k;

c.  Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k; and

d.  Any other relief that this Honorable Court deems appropriate.

**COUNT II:**
**DEFENDANT VIOLATED THE MARYLAND CONSUMER PROTECTION ACT**

28. Defendant's foregoing conduct violated the MCPA as it was engaging in unfair, abusive, or deceptive trade practices.

4

WHEREFORE, Plaintiff, STACY S. BAKER, respectfully requests judgment be entered against Defendant, MIDLAND CREDIT MANAGEMENT, INC., for the following:

29. Actual damages pursuant § 13-408(a) of the MCPA to be determined at trial;

30. Costs and reasonable attorneys' fees pursuant to § 13-408(b) of the MCPA; and

31. Any other relief that this Honorable Court deems appropriate.

## COUNT III:
## DEFENDANT VIOLATED THE MARYLAND CONSUMER DEBT COLLECTION ACT

32. Defendant's foregoing conduct violated the MCDCA as follows:

   a.  Engage in any conduct that violates §§ 804 through 812 of the federal Fair Debt Collection Practices Act in violation of § 14-202(11) of the MCDCA.

WHEREFORE, Plaintiff, STACY S. BAKER, respectfully requests judgment be entered against Defendant, MIDLAND CREDIT MANAGEMENT, INC., for the following:

33. Actual damages pursuant § 14-203 of the MCDCA to be determined at trial; and

34. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

April 30, 2021                By:  /s/ Michael A. Siddons
                                  Michael A. Siddons
                                  Maryland Attorney #1402200002
                                  THE LAW FIRM OF MICHAEL
                                  ALAN SIDDONS, ESQUIRE
                                  20 W. Cherry Street
                                  Rising Sun, MD 21911
                                  Tel: 410-705-0970
                                  Fax: 610-514-5904
                                  msiddons@siddonslaw.com
                                  Attorney for Plaintiff

# EXHIBIT A



**MCM** Midland Credit Management
350 Camino De La Reina
Suite 100
San Diego, CA 92108

**Midland Credit Management, Inc. is a debt collection company.**

6/25/2020

P8 T225 021

Stacy S. Baker
4796 Kingfisher Ct
Waldorf, MD 20603-5504

| Original Creditor | SYNCHRONY BANK AMAZON |
|---|---|
| Original Account Number | XXXXXXXXXXXX2072 |
| MCM Account Number | 300483031 |
| Current Balance | $1,873.22 |

You are pre-approved for a
**10% discount!**

Reply Now **MidlandCredit.com** or call
**877-875-5578** by 7/25/2020

## Choose the Option That Works for You.

Midland Credit Management, Inc. gives you options to manage your account: make an online payment at MidlandCredit.com or call 877-875-5578. Whatever one you choose, we are offering you these fantastic savings below:

**OPTION 1**
**10% off**
You Pay Only:
**$1,685.90\***
Offer Expiration Date:
7/25/2020

**OPTION 2\*\***
**5% off** 6 Monthly Payments of $296.59\*\*
First Payment Due Date: 7/25/2020

Visit MidlandCredit.com or Call 877-875-5578 Now

**ACCOUNT INFORMATION**
Current Owner:
Midland Credit Management, Inc.
Original Account Number:
xxxxxxxxxxxx2072
MCM Account Number:
300483031
Current Balance:
$1,873.22

Let's put this debt behind you. Visit MidlandCredit.com, or call 877-875-5578 today, to pay off your account and regain your financial freedom!

Sincerely,

*Tim Bolin*

Tim Bolin
Division Manager

\*To take advantage of Option 1, log in to MidlandCredit.com, choose "MAKE A PAYMENT" and follow the on-screen instructions. You may also call 877-875-5578.

\*\*Option 2 is only available by calling 877-875-5578.

We are not obligated to renew any offers provided.

350 Camino De La Reina
Suite 100
San Diego, CA 92108

**Visit MidlandCredit.com or Call 877-875-5578 N**

Hours of operation: Mon-Fri: 8am - Midnight ET Sat-Sun: 8am - 7:30pm

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

Check here if you provided updated contact information on the reverse side.

 **Manage Your Account Online**
MidlandCredit.com

MCM Account Number
300483031

 **Midland Credit Management™**

350 Camino De La Reina
Suite 100
San Diego, CA 92108

## PRE-LEGAL NOTIFICATION

8/5/2020



Stacy S. Baker          P24 T562 024
4796 Kingfisher Ct
Waldorf, MD 20603-5504

| Account Details | |
| --- | --- |
| Original Creditor | SYNCHRONY BANK |
| Original Account Number | xxxxxxxxxxxx2072 |
| Current Servicer | Midland Credit Management, Inc. |
| MCM Account Number | 300483031 |
| Current Owner | Midland Credit Management, Inc. |
| Current Balance | $1,873.22 |

**ACT NOW:**
Attorney review may be the next step

Pay by 9/4/2020 at **MidlandCredit.com**
or call **877-798-6947**

RE: SYNCHRONY BANK          AMAZON

Dear Stacy,

Midland Credit Management, Inc. has made several attempts to contact you regarding this account. MCM is now considering forwarding your account to an attorney in your state for possible litigation. Upon receipt of this notice, please pay at **MidlandCredit.com** or call **877-798-6947** to discuss your options.

> If we don't hear from you or receive payment by **9/4/2020**, we may proceed with forwarding this account to an attorney.

Here are some options to resolve your debt:

- Pay your full balance of $1,873.22
- Call us to see how to qualify for payment plans

**If your account is forwarded to an attorney, this may result in a lawsuit against you.**

Pay online 24/7 at **MidlandCredit.com**.
We encourage you to call us: **877-798-6947.**
Hours of Operation: **Mon-Fri: 8am - Midnight ET Sat-Sun: 8am - 7:30pm ET**

Sincerely,

*Tim Bolin* Division Manager

For your reference:
Your Account Number at Charge-off was xxxxxxxxxxxx2072. The Creditor at Charge-off was SYNCHRONY BANK. Charge-Off Balance $1,873.22.

You may request the following information by writing us at PO Box 93090 San Diego, CA 92123 and the same will be provided to you at no cost within 30 days of receipt of your written request: 1) An account statement or complete transactional history, as applicable, reflecting your name, the last four digits of the account number at the time of charge-off, and the charge-off balance and/or claimed balance, excluding any post charge off payments; 2) A listing of all prior owners of this account and transfer information; 3) Documentation evidencing the transfer of ownership of the account to Midland Credit Management, Inc.; 4) An account statement or complete transactional history reflecting purchase, payment or other actual use of the account or a signed document reflecting the opening of the account at issue; 5) an explanation of how any amount we are seeking to collect in excess of charge-off was calculated; and 6) If applicable, the terms and conditions applicable to the account.

We are not obligated to renew any offers provided

 **MidlandCredit.com**

 **877-798-6947**

 Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

☐ Check here if you provided updated contact information on the reverse side.

 **Manage Your Account Online**
MidlandCredit.com

MCM Account Number          300483031
Current Balance          $1,873.22

**Pre-Legal Department**

# NOTICE OF POSSIBLE ATTORNEY REVIEW

 **Midland Credit Management™**
350 Camino De La Reina
Suite 100
San Diego, CA 92108

MCM's Pre-Legal Department has attempted to contact you regarding this account

Stacy S. Baker
4796 Kingfisher Ct
Waldorf, MD 20603-5504

P9 T167 016 

**PRE-LEGAL NOTIFICATION**
SECOND NOTICE
Pay at MidlandCredit.com or
Call 877-798-7851

9/9/2020

RE: SYNCHRONY BANK AMAZON
Original Account Number: xxxxxxxxxxxx2072
MCM Account Number: 300483031

## CURRENT STATUS OF YOUR ACCOUNT

We are proceeding with an evaluation of your account and are considering forwarding this account to an attorney in your state for possible litigation. Contact us by **10/9/2020** to resolve this account.

## IF YOU DO NOT CONTACT US

Failure to make a payment or contact us will result in the continuation of the pre-legal review process.
After the pre-legal review process, your account may be forwarded to an attorney.

## SOME OF YOUR OPTIONS

Call us at **877-798-7851** today to stop this process!
Make a payment using the slip provided below or pay online at **MidlandCredit.com**.

## LET US HELP YOU

If your account is forwarded to an attorney, this may result in a lawsuit against you. If this process results in litigation, and a judgment is entered against you, the judgment will be enforceable according to state law.
There still is an opportunity to set up a payment plan and avoid the hassle and inconvenience of the legal process. Please call us today: **877-798-7851**.

| STOP THE PRE-LEGAL PROCESS | • Pay your full balance of $1,873.22<br>• Call us to see how to qualify for payment plans | Reply by 10/9/2020 at MidlandCredit.com or 877-798-7851<br><br>Mon-Fri: 8am - Midnight ET<br>Sat-Sun: 8am - 7:30pm ET |
| --- | --- | --- |

Sincerely,

*Tim Bolin* Division Manager

We are not obligated to renew any offers provided

 **MidlandCredit.com**        **877-798-7851**        Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

✂ ................................................

☐ Check here if you provided updated contact information on the reverse side.

 **Manage Your Account Online**
MidlandCredit.com

MCM Account Number          300483031
Current Balance               $1,873.22

Total Enclosed    $           .

**Important Payment Information**

**Make checks payable to:**
Midland Credit Management
Enter your MCM Account # on all payments



**Midland Credit Management™**

350 Camino De La Reina
Suite 100
San Diego, CA 92108

00001838

10/14/2020

Pre-Legal Department
MidlandCredit.com
Ph: 877-735-3150
Mon-Fri: 8am - Midnight ET
Sat-Sun: 8am - 7:30pm ET





Stacy S. Baker
4796 Kingfisher Ct
Waldorf, MD 20603-5504

102

<u>**IMPORTANT NOTICE - PLEASE READ CAREFULLY**</u>
<u>**FAILURE TO REPLY WILL RESULT IN ATTORNEY REVIEW**</u>

RE: SYNCHRONY BANK AMAZON
Reference MCM Account Number: 300483031
Current Owner: Midland Credit Management, Inc.

Dear Stacy,

This is a demand for full payment of $1,873.22. Please login to your account at MidlandCredit.com and pay, or call our Pre-Legal department at 877-735-3150 by 11/13/2020 to resolve this account. If you do not reply, we plan on sending your account to an attorney in the state of MD.

## What will an attorney do?

We intend to have a lawsuit filed against you. Before a lawsuit can be filed, an attorney must review your account. If the attorney determines there is cause for a suit, they will:

• Commence a lawsuit in a local court
• Serve a copy of the lawsuit personally on you, which could be done by a process server, a sheriff, or other means
• Seek to obtain a judgment

## How could a judgment impact you?

If we receive a judgment, you may be responsible for court costs and post-judgment interest charges. In addition, we may choose to attempt the following post-judgment remedies:

• Obtain a lien against your property
• Garnish your wages or bank account(s)
• Obtain information about your assets, which could be done by a notice request, deposition, or a subpoena to appear in court

## What are my options?

We want to help you resolve this matter voluntarily. With flexible payment options tailored to your needs, we will work to avoid sending your account to an attorney. Pay today online at MidlandCredit.com or call 877-735-3150 today to discuss what options are available.

Sincerely,
Tim Bolin
Division Manager

PS. Your prompt attention is necessary to avoid the possibility of attorney review. Pay online at MidlandCredit.com or call 877-735-3150 by 11/13/2020.

*We are not obligated to renew any offers provided*
**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

☐ *Check here if you provided updated contact information on the reverse side.*

 **Manage Your Account Online**
MidlandCredit.com

 **Midland Credit Management** 350 Camino De La Reina Suite 100 San Diego, CA 92108

**Midland Credit Management, Inc. is a debt collection company.**

6/26/2020

Stacy S. Baker   P8 T225  021   
4796 Kingfisher Ct
Waldorf, MD  20603-5504

**Original Creditor**
COMENITY BANK
NEW YORK & COMPANY
**Original Account Number**
xxxxxxxxxxxxx5994
**MCM Account Number**
300636028
**Current Balance**
$1,563.46

You are pre-approved for a
**10%** discount!

Reply Now **MidlandCredit.com** or call
**877-875-5578** by 7/26/2020

# Choose the Option That Works for You.

Midland Credit Management, Inc. gives you options to manage your account: make an online payment at MidlandCredit.com or call 877-875-5578. Whatever one you choose, we are offering you these fantastic savings below:

| OPTION 1 | OPTION 2 | ACCOUNT INFORMATION |
|---|---|---|
| **10%** off | **5%** off 6 Monthly Payments of $247.55** | **Current Owner:** Midland Credit Management, Inc. |
| You Pay Only: **$1,407.11*** | First Payment Due Date: 7/26/2020 | **Original Account Number** xxxxxxxxxxxxx5994 |
| Offer Expiration Date: 7/26/2020 | Visit MidlandCredit.com or Call 877-875-5578 Now | **MCM Account Number:** 300636028 |
| | | **Current Balance:** $1,563.46 |

Let's put this debt behind you. Visit MidlandCredit.com, or call 877-875-5578 today, to pay off your account and regain your financial freedom!

Sincerely,

*Tim Bolin*

Division Manager

*To take advantage of Option 1, log in to MidlandCredit.com, choose "MAKE A PAYMENT" and follow the on-screen instructions. You may also call 877-875-5578.

**Option 2 is only available by calling 877-875-5578.

We are not obligated to renew any offers provided.



**MCM** | Midland Credit Management™

350 Camino De La Reina
Suite 100
San Diego, CA 92108

00007163

1/28/2021

**ATTORNEY REVIEW PLANNED**

Pre-Legal Department
MidlandCredit.com
Ph: 877-735-3150
Mon-Fri: 8am - Midnight ET
Sat-Sun: 8am - 7:30pm ET

Stacy S. Baker
4796 Kingfisher Ct
Waldorf, MD 20603-5504

102

**FINAL NOTICE**

## IMPORTANT NOTICE - PLEASE READ CAREFULLY
## FAILURE TO REPLY WILL RESULT IN ATTORNEY REVIEW

RE: COMENITY BANK NEW YORK & COMPANY
Reference MCM Account Number: 300636028
Current Owner: Midland Credit Management, Inc.

Dear Stacy,
This is a demand for full payment of $1,563.46. Please login to your account at MidlandCredit.com and pay, or to resolve this account. If you do not reply, we call our Pre-Legal department at 877-735-3150 by 2/27/2021 to resolve this account. If you do not reply, we plan on sending your account to an attorney in the state of MD.

### What will an attorney do?
We intend to have a lawsuit filed against you. Before a lawsuit can be filed, an attorney must review your account. If the attorney determines there is cause for a suit, they will:
• Commence a lawsuit in a local court
• Serve a copy of the lawsuit personally on you, which could be done by a process server, a sheriff, or other means
• Seek to obtain a judgment

### How could a judgment impact you?
If we receive a judgment, you may be responsible for court costs and post-judgment interest charges. In addition, we may choose to attempt the following post-judgment remedies:
• Obtain a lien against your property
• Garnish your wages or bank account(s)
• Obtain information about your assets, which could be done by a notice request, deposition, or a subpoena to appear in court

### What are my options?
We want to help you resolve this matter voluntarily. With flexible payment options tailored to your needs, we will work to avoid sending your account to an attorney. Pay today online at MidlandCredit.com or call 877-735-3150 today to discuss what options are available.

Sincerely,
Tim Bolin
Division Manager

**PS.** Your prompt attention is necessary to avoid the possibility of attorney review. Pay online at MidlandCredit.com or call 877-735-3150 by 2/27/2021.

*We are not obligated to renew any offers provided*
**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

✂- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

☐ *Check here if you provided updated contact information on the reverse side.*

| | |
|---|---|
| MCM Account Number | 300636028 |
| Current Balance | $1,563.46 |

Total Enclosed    $ _____ . ___

Mail Payments to:
Midland Credit Management, Inc.
PO Box 301030
Los Angeles, CA 90030-1030

 **Manage Your Account Online**
MidlandCredit.com

**Important Payment Information**

**Make checks payable to:**
Midland Credit Management
Enter your MCM Account # on all payments

**877-735-3150**

se habla español
877-735-3387

0001470785000300636028001563460227210015634600007A7B2?B1?